# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**Estate of Barbara Pew (Deceased), John Pew, Jr., Individually and as Executor of the Estate of Barbara E. Pew, Harold Pew, Donna Pew, H. Nancy Hann, Julia Hudasky, and Kathleen Prickett, on behalf of themselves and all others similarly situated,**

                  **Plaintiffs,**

    -v-

**Donald P. Cardarelli, Peter J. O'Neill, and Pricewaterhousecoopers LLP,**

                  **Defendants.**

<u>**CIVIL JUDGMENT**</u>
**5:05-CV-1317**

**DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiffs' motion to remand this case to New York Supreme Court is Granted; that this action is remanded to New York Supreme Court.

December 6, 2006                          LAWRENCE K. BAERMAN
Date                                                       Clerk

                                                        *Judi L. Roberts*
                                                        Judi L. Roberts
                                                        Deputy Clerk