# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Estate of Barbara Pew (Deceased), John Pew, Jr., Individually and as Executor of the Estate of Barbara E. Pew, Harold Pew, Donna Pew, H. Nancy Hann, Julia Hudasky, and Kathleen Prickett, on behalf of themselves and all others similarly situated**

    vs.       CASE NUMBER: 5:05-CV-1317 (NAM/DEP)

**Donald P. Cardarelli; Peter J. O'Neill; and PricewaterhouseCoopers LLP,**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' Motion to Dismiss is GRANTED and therefore plaintiff's complaint is DISMISSED with prejudice.

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 29th day of September, 2009.

DATED: September 29, 2009

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk